**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-20-670-JD |
| THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC OR PARTNERSHIP**

Plaintiff, Delaware Resource Group of Oklahoma, LLC, a limited liability company formed under Oklahoma law, pursuant to this Court's 7/14/2020 Order [Doc. 5], and to comply with LCvR 7.1 and Rule 7.1, Fed.R.Civ.P., respectfully submits its Disclosure Statement Identifying Constituents of LLC or Partnership. Plaintiff's limited liability company members are the following (the Trustees are citizens of Oklahoma and Oklahoma County residents although this case is not brought as a diversity case):

Phil G. Busey Sr., Trustee of the Phil Busey Sr. Living Trust dated February 29, 2008

Catherine J. Busey, Trustee of the Cathy Busey Living Trust dated February 29, 2008

Catherine J. Busey, Trustee of the Emily Catherine Busey 2019 Irrevocable Trust

Catherine J. Busey, Trustee of the Phil G. Busey Jr. 2019 Irrevocable Trust

Catherine J. Busey, Trustee of the Brian Marshell Busey 2019 Irrevocable Trust

Respectfully submitted,

s/James A. Kirk
James A. Kirk, OBA No. 5046
Matt Standard, OBA No. 12001
Kirk & Chaney, PLLC
14000 Quail Springs Pkwy, Suite 3500
Oklahoma City, OK 73134
(405) 235-1333 Telephone
(405) 235-5914 Facsimile
kirk@kirkandchaney.com
standard@kirkandchaney.com
***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of July, 2018, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing. Based on the records currently on file the Court Clerk will transmit a Notice of Electronic Filing to the following registrants:

s/James A. Kirk
James A. Kirk