# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO,<br><br>Defendant. | No. CIV-20-670-JD<br><br>Judge: Hon. JODI W. DISHMAN |

## DEFENDANT'S SUPPLEMENT TO MOTION TO DISMISS

Frank W. Frasier, OBA # 17864
Frasier, Frasier & Hickman, LLP
1700 Southwest Blvd.
Tulsa, OK 74107
(918) 584-4724
frasier@tulsa.com

Caren P. Sencer, CSB # 233488*
Weinberg, Roger & Rosenfeld, APC
1375 55th Street
Emeryville, CA 94602
PH: (510) 337-1001
FX: (510) 337-1023
csencer@unioncounsel.net

(**Pro Hac Vice*)

ATTORNEYS FOR DEFENDANT

Defendant, The International Association of Machinists and Aerospace Workers, AFL-CIO ("Union"), submits herewith in response to the court's order of May 31, 2022, (Docket 22) Exhibit B which was inadvertently not filed with the motion to dismiss (Docket 16).

Dated: 6/3/22

Respectfully submitted,

/S/ CAREN P. SENCER
CAREN P. SENCER, CSB #233488*
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, CA 94608
PH: (510) 337-1001
FX: (510) 337-1023
csencer@unioncounsel.net

(*Pro Hac Vice*)

***Attorneys for Defendant***