**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DELAWARE RESOURCE GROUP OF OKLAHOMA, LLC,<br><br>Plaintiff,<br><br>and<br><br>THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, AFL-CIO,<br><br>Defendant. | No. 5:20-cv-00670-JD<br><br>Judge: Hon. JODI W. DISHMAN |

**JOINT SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S ORDER OF JUNE 13, 2022**

Frank W. Frasier, OBA # 17864
Frasier, Frasier & Hickman, LLP
1700 Southwest Blvd.
Tulsa, OK 74107
(918) 584-4724
frasier@tulsa.com

Caren P. Sencer, Bar No. 233488
Weinberg, Roger & Rosenfeld
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: csencer@unioncounsel.net

(*Pro Hac Vice)

ATTORNEYS FOR DEFENDANT

The parties hereby provide this Joint Supplemental Brief in Response to the Court's Order of June 13, 2022 (ECF Dkt. # 26).

The parties agree that if the Court finds an arbitrator is required to make the determination in the first instance regarding arbitrability or if the Court finds the matter is arbitrable, the federal court matter should be stayed. The parties shall notify the Court within 30 days of the arbitrator's decision of their agreement or respective positions as to the proper disposition of the federal court matter at that time. No order compelling arbitration is necessary as both parties are aware of and will comply with their obligations based on this Court's order.

The parties agree that it is not necessary to resolve the question of whether the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1, applies to the dispute at hand.

Dated: June 24, 2022

Respectfully submitted,

By: */S/ CAREN P. SENCER*

CAREN P. SENCER
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55t h Street
Emeryville, CA 94608
PH: (510) 337-1001
FX: (510) 337-1023
csencer@unioncounsel.net

(Pro Hac Vice)

AND

*/S/ FRANK W. FRASIER*

FRANK W. FRASIER
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Blvd
Tulsa, OK 74107
PH: (918) 584-4724
frasier@tulsa.com

***Attorneys for Defendant***

Dated: June 24, 2022

Respectfully submitted,

By: */S/ MATTHEW L. STANDARD*

JAMES A. KIRK
MATTHEW L. STANDARD
KIRK & CHANEY
14000 Quail Springs Parkway
Suite 3500
Oklahoma City, OK 73134
Phone: 405-235-1333
Fax: 405-235-5914
Email: kirk@kirkandchaney.com.
standard@kirkandchaney.com

150138\1280182